[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-14583
Non-Argument Calendar
_____

D.C. Docket No. 6:13-cr-00076-GAP-KRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ABDUL CUNNINGHAM,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(June 25, 2014)

Before CARNES, Chief Judge, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Tracy N. DaCruz, appointed counsel for Abdul Cunningham in this direct

criminal appeal, has moved to withdraw from further representation of

Cunningham and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cunningham's convictions and sentences are **AFFIRMED**.